**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No.  05-cv-01809-REB-OES

SANDRA J. PEREA,

      Plaintiff,

v.

JOHN E. POTTER, Postmaster General of the
United States Postal Service,

      Defendant.

---

## ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER CASE

---

**Blackburn, J.**

      The matter before me is plaintiff's Notice Of Information [#4] filed September 27,

2005. The notice is quintessentially a motion for transfer, implicating D.C.COLO.LCivR

40.1A.  I grant the motion.

      The nucleus of operative facts was the subject of 03-Z-1794 (OES), which was

dismissed without prejudice and with leave to refile by the Honorable Zita L.

Weinshienk on July 26, 2005. When refiled, the case was drawn to me. In her paper,

plaintiff requests transfer to Judge Weinshienk, who concurs. The Honorable Lewis T.

Babcock, Chief Judge of the United States District Court for the District of Colorado,

has approved the proposed transfer as required under D.C.COLO.LCivR 40.1A.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That plaintiff's motion for transfer [#4] filed September 27, 2005, **IS**

**GRANTED**; and

2. That this case is transferred to the Honorable Zita L. Weinshienk, United

States District Judge.

Dated September 28, 2005, in Denver, Colorado.

BY THE COURT:


s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge